```
1  JULIE M. MCCOY, Bar no. 129640
   485 E. 17TH ST.  SUITE 111
2  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
3  Fax: (949) 722-8416

4  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 08-7648 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| SHARON S. BROWN, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Sharon S. Brown, in the principal amount of $2,661.91 plus interest accrued to October 31, 2008, in the sum of $4,443.44; with interest accruing thereafter at 8% annually until entry of judgment, , for a total amount of **$7,105.35**.

DATED: 11/26/2008     By: TERRY NAFISI
                         Clerk of the Court

                         A. KANNIKE
                         Deputy Clerk
                         United States District Court

Page 5